UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LARRY MARSHAK and FLORIDA ENTERTAINMENT MANAGEMENT, INC.,

    Plaintiffs,

-against-

HERBERT REED and JOHN DOES NOS. 1-10,

    Defendants.
-----------------------------------------------------------------X

JUDGMENT
96-CV- 2292 (NG)
11-CV- 2582 (NG)

**FILED**
IN CLERK'S OFFICE
U.S. _____ D.N.Y.

MAR 1 3 2012 ☆

BROOKLYN **OFFICE**

An Opinion and Order of Honorable Nina Gerhson, United States District Judge, having been filed on March 12, 2012, denying Larry Marshak's motion for Civil Contempt in 96-CV-2292 (NG); granting Defendants' motion to dismiss in 11-CV- 2582 (NG), Plaintiffs' action seeking an injunction and damages resulting from civil contempt, and dismissing the action; and dismissing Plaintiff's action seeking damages in 11-CV- 2582, John Does 1 through 10, never identified or served; it is

ORDERED, ADJUDGED AND DECREED that Plaintiff Larry Marshak's motion for Civil Contempt in 96-CV-2292 (NG) is denied; that Defendants' motion to dismiss in 11-CV-2582 (NG), Plaintiffs' action seeking an injunction and damages resulting from civil contempt, is granted, and the action is dismissed; that John Does 1 through 10, never identified or served in Plaintiffs' action seeking civil damages, in 11-CV- 2582, are hereby dismissed.

Dated: Brooklyn, New York
       March 13, 2012

Douglas C. Palmer
Clerk of Court

by:    s/MG

Michele Gapinski
Chief Deputy for
Court Operations